

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

**Jennifer E. Sherven, Esq.**
**T:  (516) 283-8714**
**E-mail:** JSherven@kdvlaw.com

February 11, 2021

> This application is GRANTED in part.  The Court does not typically adjourn the initial pretrial conference pending a response to pleadings.  The initial pretrial conference scheduled for February 18, 2021, is adjourned to **February 25, 2021**.  The parties' joint conference materials are due at least seven days before the conference, or by **February 18, 2021**.
>
> Dated: February 12, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Dilenia Paguada v. Baby Brezza Enterprises LLC**
         **Case No.:  1:20-cv-10242 (LGS)**

Dear Judge Schofield:

      We represent the defendant, Baby Brezza Enterprises LLC. ("Defendant"), in the above-captioned case.

      On January 20, 2021, Defendant, with Plaintiff's consent, requested an extension of time to respond to the Complaint until March 6, 2021, which the Court granted. *See* Dkt. Nos. 9 and 10. In light of this extension, Defendant respectfully requests that the Initial Conference, currently scheduled for February 18, 2021, be adjourned until after the deadline for Defendant to respond to the Complaint to a date convenient to the Court. Plaintiff's counsel, Mr. Khaimov, has provided consent for this application, which is the first adjournment request filed for the Initial Conference.

      We thank the Court for its consideration of this matter.

      Respectfully Submitted,
      Kaufman Dolowich & Voluck, LLP

      Jennifer E. Sherven

cc:   All Counsel of Record (via ECF)

4844-4009-0588, v. 1