UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DILENIA PAGUADA,
                            Plaintiff,

              -against-

BABY BREZZA ENTERPRISES LLC,
                          Defendant.
------------------------------------------------------------- X

20 Civ. 10242 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the February 12, 2021, Order, the initial pretrial conference is scheduled for **February 25, 2021, at 10:50 a.m.**, and no joint letter and case management plan were timely filed. It is hereby

    **ORDERED** that the parties shall file the joint conference materials as soon as possible and no later than **February 22, 2021**, at **noon**.

Dated: February 19, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**