UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DILENIA PAGUADA,

                              Plaintiff,        20 Civ. 10242 (LGS)

          -against-                        ORDER

BABY BREZA ENTERPRISES LLC,

                            Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, any pending deadlines are ADJOURNED sine die and all conferences are CANCELED.

      The Clerk of Court is respectfully directed to close this case.

Dated: April 2, 2021
       New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE